AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| RICHARD ARJUN KAUL, MD <br><br> *Plaintiff(s)* <br> v. <br> MISSISSIPI MEDICAL BOARD; <br> JAMES PAUL OETKEN; <br> ATTORNEY GRIEVANCE COMMITTEE. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-621-CWR-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEW YORK STATE ATTORNEY GRIEVANCE COMMITTEE • •180 MAIDEN LANE, 17TH FLOOR, NY, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD ARJUN KAUL, MD
6 NORTH MIDLAND AVENUE, #308 NYACK NY 10960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: OCT 1 0 2024

*Signature of Clerk or Deputy*

```
                    SOUTHERN DISTRICT OF MISSISSIPPI
                              FILED
                           OCT 17 2024
                         ARTHUR JOHNSTON
                     BY_____ DEPUTY
```

Form 27 - AFFIDAVIT OF SERVICE


P22667505

**WE SERVE LAW**
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

RICHARD ARJUN KAUL, MD

　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　- vs -

MISSISSIPPI MEDICAL BOARD, ET AL.,

　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

Index No. 3:24-CV-00621-CWR-LGI
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**　　:SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **15TH** day of **OCTOBER, 2024 12:48PM** at
**180 MIADEN LANE**
**17TH FLOOR**
**NEW YORK NY 10038**
I served a true copy of the **EXHIBIT(S), SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **NEW YORK STATE ATTORNEY GRIEVANCE COMMITTEE** the **DEFENDANT** therein named by delivering to, and leaving personally with **Reginald Thomas, ANALYST**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**　　COLOR: **BLACK**　　HAIR: **BLACK**
APP.AGE: **45** APP. HT: **6ft3in** APP. WT: **190**
OTHER IDENTIFYING FEATURES
**beard**

Sworn to before me this
16TH day of OCTOBER, 2024

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ERIC GOLDKLANK DCA LIC #1298914
Lexitas #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSNJ-22667505

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -9 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

RICHARD ARJUN KAUL, MD;
JANE DOE; JOHN DOE.

Plaintiff

CIVIL ACTION NO.: 3:24-cv-621-CWR-LGI

v.

COMPLAINT

JAMES PAUL OETKEN
(PERSONAL AND OFFICIAL CAPACITY)
MISSISSIPI MEDICAL BOARD;
NEW YORK STATE ATTORNEY GRIEVANCE COMMITTEE
JANE DOE; JOHN DOE.

Defendants.

U S DISTRICT COURT SDNY
2024 OCT 16 AM 9:25
RECEIVED