# **Exhibit 2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED

APR 1 8 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

---

RICHARD ARJUN KAUL, MD;
JANE DOE; JOHN DOE.

v.

CENTER FOR PERSONALIZED EDUCATION FOR PHYSICIANS;
JAMES HOWARD SOLOMON;
FEDERATION STATE MEDICAL BOARDS;
ALLSTATE INSURANCE COMPANY;
CHRISTOPHER J. CHRISTIE; ROBERT FRANCIS HEARY
DANIEL STOLZ; JANE DOE; JOHN DOE.

CIVIL ACTION: NO.: 23-CV-00672
(M-KS)

---

# **PLAINTIFF KAUL'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201, OF DOCUMENTS RELEVANT TO DEFENDANT FEDERATION OF STATE MEDICAL BOARDS**

Respectfully Submitted

*[signature]*

RICHARD ARJUN KAUL, MD

APRIL 15, 2024

1

Pursuant to F.R.E. 201, Plaintiff Kaul respectfully requests the Court be Judicially Noticed of the below referenced documents that evidence Defendant Federation of State Medical Boards ("FSMB") ongoing scheme to monopolize every facet of the approximately annual $4.5 trillion dollar-worth American healthcare system. This amount occupies almost eighteen percent (18%) of the U.S. Gross Domestic Product. Please find below a brief explanation of the immense relevance of these documents:

1. **'NOMINATIONS FOR STAFF FELLOWS'** (**Exhibit 1**): Defendant FSMB and their subjugate state medical boards/members employ a system of Orwellian 1984 'double-talk' in order to convey and create a 'cover' of purported benevolence and public concern, the true purpose of which, however, is to conceal their ruthless agendas of profiteering through the exploitation of the American public/medical profession.

This document evidences an ominous expansion of this scheme, and coincides, not surprisingly, with the forced mass inoculations of the global public with a knowingly toxic mRNA composite, that, as pled in K11-17, Defendants FSMB/subjugate state medical boards coerced physicians into injecting into their patients, under threat of license revocation. The scheme worked, and pharmaceutical executives/shareholders and members of Defendant FSMB/subjugate medical board members reaped billions in profits, with no legal consequences for the immense morbidity/mortality caused by the toxin.

Defendant FSMB, in seeking to ensure the next scheme proceeds without any obstruction/resistance or public dissent from individual physicians not yet controlled by for-profit healthcare corporations, and to secure absolute control of the physician regulatory system and become the judge/jury/executioner of a physician's career/livelihood/life, Defendant FSMB is bribing active medical board members/executive staff, by making them so called 'Staff Fellows" to Defendant FSMB's Board of Directors. The particular perniciousness of this version of the 'revolving-door' scheme lies in the fact that the state board members are <u>simultaneously</u> active board members involved in revoking licenses, while corporate board

members of Defendant FSMB involved in discussions on how to use their state board power to maximize corporate profit. An analogous situation would be if the person serving as the President of the United States were simultaneously a board member of Allstate Insurance Company, not that Plaintiff Kaul seeks to place that idea in Defendant's mind.

In furtherance of the nefariousness of the scheme, is the fact that Defendant FSMB explicitly states that **"No individual shall continue as a Staff Fellow upon termination of employment by or service to the Member Medical Board."** evidencing that the individual's usefulness to Defendant FSMB and its for for-profit healthcare corporation corrupters-puppet masters, is limited not to their general ability as physicians, but to their abuse of state-medical board power in eliminating physicians who, concerned for patient welfare, do either threaten the corporate profit agenda or fail to support it.

The date of this document is significant, in that it coincides with the success of its 'test case', that of the COVID mRNA scheme that commenced in 2020. Defendant FSMB in seeking 'nominations' from every state medical board, is a scenario lifted directly from the 'Godfather', with Defendant FSMB being 'The Commission" and the state medical boards being the 'The Families'. However, what renders this version even more demonic than that of garden-variety mobsters, is that the mobsters admitted to simply being businessmen, but Defendant FSMB/subjugate state medical boards make lofty claims about their mission to **"protect the public"** from allegedly dangerous doctors.

If the **"Federation Cartel"** is not dismantled, it, in conjunction with its for-profit healthcare corporations (**"Hospital-Insurance-Pharmaceutical Industrial Complex – Federation Cartel"**) (**"HIPIC-FC"**), as referenced within <u>The Kaul Cases</u> will seize complete/absolute control of the entire healthcare system, and will use the American public to test/experiment new drugs-devices and from which to generate massive profits through medical exploitation. No physician will dare 'raise his/her voice' out of fear of license revocation and or incarceration, and the

American public will continue to suffer some of the highest morbidity/mortality rates in the so called 'western world'.

2. **ANNUAL BUSINESS MEETING OF AMERICAN ASSOCIATION OF OSTEOPATHIC EXAMINERS (AAOE) (Exhibit 2):** This organization is responsible for the licensing/disciplining of persons who come to practice medicine through schools of osteopathy. In the United States individuals unable to secure a place in a medical school, will follow this path to licensure. The CEO of Defendant FSMB is a doctor of osteopathy. This organization represents a substantial part of the medical work-force and thus Defendant FSMB believed it incumbent to ensure it be brought 'into-line' with the **"HIPIC – FC"** corporate agenda, and Defendant FSMB has thus become a business partner (so called 'Affiliate Partner') of the AAOE, an entity whose purported mission is to independently/impartially **"protect the public"**.

However, Defendant FSMB, not satisfied with 'hijacking' state functions, forces a pledge of fealty from its subjugate board members: **"under the leadership of the Chair and President/CEO, represents the FSMB to other organizations and promotes recognition of the FSMB as the premier organization concerned with medical licensure and discipline."** A 'kissing of the king's ring'. Defendant FSMB/Subjugate Medical Boards, an organization modelled on the mafia, has in the 'pipeline' its next scheme and unless the cartel is dismantled, this scheme and every other lethal scheme of profiteering/exploitation it conceives, will proceed without question; and the only question left in American medicine, will be whether the drug/device/intervention/physician increases corporate executive/shareholder profit.

DATED: APRIL 15, 2024

_____
RICHARD ARJUN KAUL, MD

# Exhibit 1


FEDERATION OF STATE MEDICAL BOARDS

## 'THE COMMISSSION' - Annotated by Plaintiff Kaul

### NOMINATIONS FOR STAFF FELLOWS
### 2020-2021

Nominations for a Staff Fellow to the FSMB Board of Directors are now being accepted from FSMB Member Medical Boards, the Board of Directors and Administrators in Medicine (AIM). The FSMB board will appoint a Staff Fellow at its February 2021 meeting.

**Nomination Deadline**
Those wishing to nominate a Staff Fellow to the FSMB Board of Directors should do so no later than **December 31, 2020**.

**Eligibility Requirements**
FSMB Bylaws Article II, Section B(2) defines Staff Fellow as *an individual hired or appointed and who is responsible for the day-to-day supervision and performance of the administrative duties and functions for which a medical board is responsible. Each member board may denote only one individual to serve as a Staff Fellow of the FSMB. No individual shall continue as a Staff Fellow upon termination of employment by or service to the Member Medical Board.*

A current list of individuals designated as Staff Fellows of the Member Medical Boards can be found on pages 3-5.

**Responsibilities**
The Staff Fellow will serve a two-year term and will be eligible to be reappointed to one additional term. The newly appointed Staff Fellow will take part in the Investiture of the Board at the 2021 Annual Meeting on **Saturday, May 1** and join the Board at its first meeting of the year on the following morning, **May 2**. A document outlining the responsibilities of the Board of Directors and time commitment for the 2021-2022 fiscal year can be found on pages 6-7.

**Documentation Requirements**
The following documents should be submitted as part of the nomination process:

1. Letter of nomination providing background information on the nominee and a description of the individual's ability and commitment necessary to fulfill the responsibilities of the Board. The letter should be addressed to:

   Cheryl L. Walker-McGill, MD, MBA, Chair
   Federation of State Medical Boards

2. A CV Summary (maximum of 5 pages) and/or bio of the nominee.

Documentation Submission

The letter of nomination and CV/bio should be submitted electronically to Pat McCarty, Director of Leadership Services, at pmccarty@fsmb.org. Please submit all documents in one email.

A confirmation acknowledging receipt of the documents will be sent within two business days. If you do not receive confirmation, or for questions, please contact Ms. McCarty by email or at 817-868-4067.

10-01-20        **'THE HEADS OF THE FAMILIES'** - Annotated by Plaintiff Kaul

| BOARD/ORG | FULL NAME | TITLE |
|---|---|---|
| ALABAMA COMMISSION | George C. Smith, Sr., MD | Chairman (Board Member Fellow) (communications go to him) |
| ALABAMA MEDICAL | William M. Perkins | Executive Director |
| ALASKA | Alysia D. Jones | Executive Administrator |
| ARIZONA MEDICAL | Patricia E. McSorley, JD | Executive Director |
| ARIZONA OSTEO | Justin Bohall | Executive Director |
| ARKANSAS | Amy E. Embry | Executive Director |
| CALIFORNIA MEDICAL | William J. Prasifka | Executive Director |
| CALIFORNIA OSTEO | Mark M. Ito | Executive Director |
| COLORADO | Paula E. Martinez, MBA | Program Director |
| CONNECTICUT | Jeffrey A. Kardys | Admin Hearings Special Bd Liaison |
| DELAWARE | Devashree M. Singh, MBA | Executive Director |
| DISTRICT OF COLUMBIA | Frank B. Meyers, JD | Executive Director |
| FLORIDA MEDICAL | Claudia Kemp, JD | Executive Director |
| FLORIDA OSTEO | Kama Monroe, JD | Executive Director |
| GEORGIA | LaSharn Hughes, MBA, CMBE | Executive Director |
| GUAM | Zennia Cruz Pecina, MSN, RN, CCHP | Executive Director |
| HAWAII | Ahlani K. Quiogue | Executive Officer |
| IDAHO | Anne K. Lawler, JD, RN | Executive Director |
| ILLINOIS | NONE | NONE |
| INDIANA | Laura A. Turner, JD | Board Director |
| IOWA | Kent M. Nebel, JD | Executive Director |
| KANSAS | Tucker Poling, JD | Executive Director |
| KENTUCKY | Michael S. Rodman | Executive Director |
| LOUISIANA | Vincent A. Culotta, Jr., MD | Executive Director |
| MAINE MEDICAL | Dennis E. Smith, JD | Executive Director |
| MAINE OSTEO | Susan E. Strout | Executive Secretary |
| MARYLAND | Christine A. Farrelly | Executive Director |
| MASSACHUSETTS | George Zachos, JD | Executive Director |
| MICHIGAN MEDICAL | Debra Gagliardi, JD | Bureau Director |
| MICHIGAN OSTEO | Debra Gagliardi, JD | Bureau Director |
| MINNESOTA | Ruth M. Martinez, MA | Executive Director |
| MISSISSIPPI | Kenneth E. Cleveland, MD | Executive Director |
| MISSOURI | Connie Clarkston | Executive Director |

Case 3:23-cv-00672-M-KS   Document 94-1   Filed 04/18/24   Page 4 of 8

3

10-01-20

| BOARD/ORG | FULL NAME | TITLE |
|---|---|---|
| MONTANA | Samuel Hunthausen | Executive Director |
| NEBRASKA | Jesse Cushman | Program Manager |
| NEVADA MEDICAL | Edward O. Cousineau, JD | Executive Director |
| NEVADA OSTEO | Sandra L. Reed, MPA | Executive Director |
| NEW HAMPSHIRE | Penny Taylor | Board Administrator |
| NEW JERSEY | William V. Roeder, JD | Executive Director |
| NEW MEXICO MEDICAL | Sondra K. Frank, JD | Executive Director |
| NEW MEXICO OSTEO | Roberta Perea | Board Administrator |
| NEW YORK PMC | Paula M. Breen | Director |
| NEW YORK STATE | Stephen J. Boese, MSW | Executive Secretary |
| NORTH CAROLINA | R. David Henderson, JD, CMBE | Chief Executive Officer |
| NORTH DAKOTA | Sandra DePountis, JD | Executive Director |
| NO MARIANA ISLANDS | Esther S. Fleming | Executive Director |
| OHIO | Stephanie M. Loucka, JD | Executive Director |
| OKLAHOMA MEDICAL | Lyle R. Kelsey, MBA, CAE, CMBE | Executive Director |
| OKLAHOMA OSTEO | Michael T. Leake, Jr., JD | Executive Director |
| OREGON | Nicole A. Krishnaswami, JD | Executive Director |
| PENNSYLVANIA MEDICAL | Suzanne M. Zerbe | Administrator |
| PENNSYLVANIA OSTEO | Aaron Hollinger | Administrator |
| PUERTO RICO | Norma I. Torres Delgado, MHSA | Executive Director |
| RHODE ISLAND | James V. McDonald, MD, MPH | Chief Administrative Officer |
| SOUTH CAROLINA | Sheridon H. Spoon, Esq | Administrator |
| SOUTH DAKOTA | Margaret B. Hansen, PA-C, MPAS, CMBE | Executive Director |
| TENNESSEE MEDICAL | Angela M. Lawrence, MSM | Executive Director |
| TENNESSEE OSTEO | Angela M. Lawrence, MSM | Executive Director |
| TEXAS | Stephen Brint Carlton, JD | Executive Director |
| UTAH MEDICAL | Larry Marx, MPA | Bureau Manager |
| UTAH OSTEO | Larry Marx, MPA | Bureau Manager |
| VERMONT MEDICAL | David K. Herlihy, Esq | Executive Director |
| VERMONT OSTEO | Corey Young | Administrator |
| VIRGIN ISLANDS | Deborah K. Richardson-Peter, MPA | Director |
| VIRGINIA | William L. Harp, MD | Executive Director |
| WASHINGTON MEDICAL | Melanie C. de Leon, JD, MPA | Executive Director |

4

10-01-20

| BOARD/ORG | FULL NAME | TITLE |
|---|---|---|
| WASHINGTON OSTEO | Renee Fullerton, MPH | Executive Director |
| WEST VIRGINIA MEDICAL | Mark A. Spangler, MA | Executive Director |
| WEST VIRGINIA OSTEO | Jonathan T. Osborne, Esq | Executive Director |
| WISCONSIN | Valerie Payne | Executive Director |
| WYOMING | Kevin D. Bohnenblust, JD, CMBE | Executive Director |

## 'PROFITEERING + RACKETEERRING' - Annotated Plaintiff Kaul

### RESPONSIBILITIES OF THE FSMB BOARD OF DIRECTORS

The FSMB Board of Directors is responsible for the control and administration of the FSMB and reports to the House of Delegates; the Board provides leadership in the development and implementation of the FSMB's Strategic Goals and the Board's Annual Action Plan; the Board is responsible for governing and conducting the business of the corporation, including supervising the President/CEO; and, <u>under the leadership of the Chair and President/CEO, represents the FSMB to other organizations and promotes recognition of the FSMB as the premier organization concerned with medical licensure and discipline. The Board of Directors is the fiscal agent of the corporation.</u>

GENERAL RESPONSIBILITIES

The Board of Directors is responsible for the following:

1. <u>Setting goals, objectives and priorities necessary to achieve the FSMB Strategic Goals.</u>
2. <u>Setting goals, objectives and critical success factors for the President/CEO.</u>
3. <u>Ensuring effective management of the FSMB's financial resources.</u>
4. Approving systems for assessing and addressing needs of Member Medical Boards.
5. Implementing adopted Board of Directors professional development and self-assessment plans.
6. Promoting use of FSMB services among targeted customer groups.
7. Enhancing communication with and among Member Medical Boards.
8. Enhancing support and education for Member Medical Board executives and their staff.

TIME COMMITMENT

<u>Board Meetings</u>
The Board of Directors will meet five times during the FY 2022 fiscal year:

- May 2, 2021 (2 hrs) – Minneapolis, Minnesota (immediately following the Annual Meeting)
- July 2021 – *Meeting Date and Site TBD (traditionally, a board retreat for 6 days, including travel days)*
- October 2021 – *Meeting Date and Site TBD (traditionally, 4 days, including travel days)*
- February 2022 – *Meeting Date and Site TBD (traditionally, 4 days, including travel days)*
- April or May 2022 – *Meeting Date (1 day) and Site TBD* (in conjunction with the Annual Meeting)

2021 Board of Directors Hill Visits
The Board of Directors may be asked to participate in "<u>Hill Visits</u>" in June 2021 *(dates TBD)* in Washington, DC.

<u>New Directors Orientation</u>
Newly elected directors will be asked to participate in a New Directors Orientation in June 2021 *(meeting date and site TBD)*.

Board of Directors Member Medical Board Liaison Program
A director's participation in the Board of Directors Member Medical Board Liaison Program may involve telephone communications with Member Medical Board leadership (dependent upon the leadership's availability) and/or travel to a Member Medical Board location (i.e., "board site visit") in partnership with FSMB staff to meet with the Member Medical Board representatives. New Directors may be asked to participate in one or two site visits during their first year on the Board of Directors, schedule permitting - 'THE COMMISSION'

Subcommittees of the Board of Directors
All directors will be appointed to one subcommittee of the Board of Directors, which include the Awards, Governance and Planning Committees. Additionally, three directors will be elected by the Board to participate on the Executive, Compensation and Investment Committees with the officers of the Board.

# Exhibit 2



American Association of Osteopathic Examiners



# ANNUAL BUSINESS MEETING
SHERATON-LE MERIDIEN HOTEL • CHARLOTTE, NC
GOVERNOR'S BALLROOM 1-3
APRIL 27, 2018 – 6:00 AM – 8:00 AM
*Breakfast will be available from 5:30 AM - 6:30 AM*

ZOOM (Audio Only): Join from PC, Mac, Linux, iOS or Android: https://zoom.us/j/215714504
or
Telephone: +1 646 558 8656 or +1 669 900 6833 – Meeting ID: 215 714 504

## BUSINESS MEETING AGENDA

Barbara Walker, DO, President, Presiding

|   |   | TAB |
|---|---|---|
| I. | Call to Order | |
| II. | Open FSMB Candidate Forum<br>(3 minutes per individual) | 1 |
| III. | Affiliate Partners Update<br>a. Federation of State Medical Boards (FSMB)<br>    Humayun J. Chaudhry, DO, MS, MACP, MACOI -<br>    President and CEO, FSMB<br>b. National Board of Osteopathic Medical Examiners (NBOME)<br>    John R. Gimpel, DO, MEd - President and CEO, NBOME<br>    Dana Shaffer, DO – Board Chair, NBOME<br>c. American Osteopathic Association (AOA)<br>    David Garza, DO, MS.MedL - Vice Chair, Bureau of State<br>    Government Affairs, AOA | |

(Business Meeting - Fellows Only)

| IV. | Approval of Agenda - Action Item | 2 |
|---|---|---|
| V. | Approval of January 27, 2018 Minutes - Action Item | 3 |

VI.  FSMB Annual Meeting                                          4
     a. Agenda and Resolutions
     b. Candidate Discussion

VII. AAOE FY 18 Budget Update                                     5
     J. Michael Wieting, DO - Secretary-Treasurer, AAOE

VIII. State Roundtable: Open Discussion of Issues Impacting
      Osteopathic Medical Regulation/Licensure

IX.  Announcements

**Upcoming Meetings**
AOA Business Meeting (HOD) – July 19, 2018 - Chicago